No. 76–5828.  SMITH *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–5829.  BOBNES *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–5831.  MASSARO *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 75–1899.  McMANUS, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BRENNAN would grant certiorari.

No. 76–10.  CUTTING ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART and MR. JUSTICE MARSHALL join, dissenting.

Petitioners were convicted of mailing obscene materials in violation of 18 U. S. C. § 1461.  I adhere to the view that this statute is " 'clearly overbroad and unconstitutional on its face.' "  See, *e. g.*, *Millican* v. *United States,* 418 U. S. 947, 948 (1974) (BRENNAN, J., dissenting), quoting *United States* v. *Orito,* 413 U. S. 139, 148 (1978) (BRENNAN, J., dissenting). I therefore would grant certiorari and reverse.

No. 76–389.  LOCAL 1830 ET AL., GENERAL LONGSHORE WORKERS, INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO *v.* BAILEY.  C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari denied.

No. 76–599.  FISHMAN ET AL. *v.* SCHAFFER, SECRETARY OF STATE OF CONNECTICUT, ET AL.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari.